# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 6, 2005

FILED
JAN 1? 2005
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Michael S. Czichray
v. United States
No. 04-894
(Your No. 03-3336)

CR 02-295(3) JRT/RLE

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 3, 2004 [handwritten correction: 5] and placed on the docket January 6, 2005 as No. 04-894.

Sincerely,

**William K. Suter**, Clerk

by [signature]

Melissa Blalock
Case Analyst

RECEIVED
JAN 10 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JAN 18 2005
U.S. DISTRICT COURT ST. PAUL