**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL S. CZICHRAY (3),

Defendant.

Criminal No. 02-295 (JRT/RLE)

**ORDER**

---

John Marti, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Peter B. Wold, WOLD, JACOBS, & JOHNSON, P.A., Barristers Trust Building., 247 Third Ave. So., Minneapolis, MN 55415, for defendant.

Defendant Michael S. Czichray has filed a motion for participation by counsel in voir dire [Docket No. 73];

**IT IS HEREBY ORDERED** that:

Defendant's Motion for Participation by counsel in voir dire [Docket No.73] is **DENIED**.

DATED: July 22, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge