1930182

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

FILED
JUL 20 2005
MICHAEL GANS
CLERK OF COURT

May 31, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
JUL 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Michael S. Czichray
v. United States
No. 04-894
(Your No. 03-3336)

CR 02-295(3) JRT/RLE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K Suter

**William K. Suter**, Clerk

SCANNED
JUL 22 2005
U.S. DISTRICT COURT ST. PAUL