# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-295(3) (JRT/RLE)

MICHAEL S. CZICHRAY,

Defendant(s).

I hereby certify that on July 25, 2005, I served, or caused to be served, the following documents:

United States Response To Defendant's Supplemental Objections To The Report And Recommendation of Magistrate Judge Erickson, Dated May 2, 2003

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Peter Wold, Esq.

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

THOMAS B. HEFFELFINGER
United States Attorney

BY: ERICA H. MACDONALD
Assistant U.S. Attorney