**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Criminal No.: 02-CR-295 (JRT/RLE)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2005, I caused the following documents:

1. Defendant's Reply to United States Response to Defendant's Supplemental Objections to the Report and Recommendation of Magistrate Judge Erickson, Dated May 2, 2003.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

The Honorable John R. Tunheim
The Honorable Raymond L. Erickson
John R. Marti and Erica MacDonald, Assistant United States Attorneys

I further certify that I caused two copies of the foregoing document and the notice of electronic filing to be delivered to the Honorable John R. Tunheim.

**PETER B. WOLD, P.A.**

Dated: August 1, 2005.

s/ Peter B. Wold

Peter B. Wold, ID #118382
Attorney for Defendant
247 Third Avenue South
Minneapolis, MN 55415
Phone: 612-341-2525
Fax: 612-341-0116