# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

HOWARD PINDYCK, ET. AL.,

Defendants.

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 02-295 (JRT/FLN) |
| Date: | December 6, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 5:20 p.m. |
| Time Concluded: | 5:30 p.m. |
| Time in Court: | 10 minutes |

APPEARANCES:

Plaintiff: John R. Marti and Erica MacDonald, Assistant U.S. Attorneys

Defendant: Kevin Short for Defendant Pindyck
John Brink for Defendant Bruno
Peter Wold for Defendant Czichray
Thomas Kelly for Defendant Evangelist

**PROCEEDINGS:**

Status Conference held. Scheduling issues discussed. Due to trial counsel conflicts, the jury trial in this matter is rescheduled for Monday, February 27, 2006 at 9:30 a.m.

s/Sarah E. Bagwell
Signature of Calendar Clerk