UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. NO. 02-295(01) (JRT/RLE) |
| Plaintiff, | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| HOWARD PINDYCK, | ) | |
| | ) | |
| Defendant. | ) | |

* * * * * * * * * * * *

I hereby certify that on August 18, 2006, I caused the following documents:

Motion for Extension of Presentence Report Briefing Schedule and Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John Marti, Erica McDonald, Rebecca Chaiken, John Brink, Peter Wold, and Tom Kelly.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: August 18, 2006.

Respectfully submitted,

s/Kevin J. Short
Kevin J. Short
Attorney for Defendant
150 South Fifth Street #3260
Minneapolis, MN 55402
Tel: (612) 333-9006
Attorney No. 100572