UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-295(JRT)

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

1. HOWARD PINDYCK,
2. PHILIP BRUNO,
3. MICHAEL CZICHRAY,

Defendants.

RESPONSE IN OPPOSITION TO MOTION TO CONTINUE DEADLINE FOR FILING OF POSITION PAPERS

The United States of America, by and through its attorneys, United States Attorney Rachel K. Paulose, and Assistant United States Attorneys John R. Marti and Erica H. MacDonald, opposes defendants Pindyck's, Bruno's, and Czichray's request to continue the deadline for filing of position papers.

On September 18, 2002, the United States Grand Jury returned an indictment naming these defendants. On September 24, 2002, all defendants were arraigned. In 2002, the United States provided discovery of its audit report, which is the subject of the defendants' motion. For almost four years, the defendants have had an opportunity to investigate and contest the government's audit. Now, after entry of guilty pleas, the defendants seek six more weeks to accomplish that which they have already had years to accomplish. Given the age of this case, the United States requests

that the Court deny the defendants' request, and proceed to sentencing.

Dated: 8/24/05

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

*s/ John R. Marti*

BY: JOHN R. MARTI
Assistant U.S. Attorney