**CERTIFICATE OF SERVICE**

I hereby certify that on 8/24/06, I served, or caused to be served, the following documents:

**Response in Opposition to Motion to Continue Deadline for Filing of Position Papers**
**USA v. Howard Pindyck, et al.**
**Cr. No. 02-295(JRT)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Kevin J. Short, Esq.
John C. Brink, Esq.
Peter B. Wold, Esq.

Dated: 8/24/06

RACHEL K. PAULOSE
United States Attorney

*s/ Deb Kapinos*

BY: DEB KAPINOS
Legal Assistant