**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

plaintiff,

v.

HOWARD PINDYCK (1),
PHILIP BRUNO (2), MICHAEL
CZICHRAY (3),

defendants.

Criminal No. 02-295 (JRT/RLE)

**ORDER**

---

John R. Marti and Erica H. MacDonald, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for plaintiff.

Kevin J. Short, **SHORT LAW FIRM**, 150 South Fifth Street, Suite 3260, Minneapolis, MN 55402, for defendant Pindyck.

John C. Brink, **BRINK LAW OFFICE**, 401 Second Avenue South, Suite 840, Minneapolis, MN 55401, for defendant Bruno.

Peter B. Wold, **WOLD LAW OFFICE**, 247 Third Avenue South, Minneapolis, Minnesota 55415, for defendant Czichray.

This matter comes before the Court on defendant's motion [Docket No. 189] for a six-week extension of the deadlines set forth on the face sheet of his Presentence Report. The motion is joined in by co-defendants Bruno and Czichray.

Based upon said motion and the entire file in this matter, **IT IS HEREBY ORDERED** that defendants' motion for an extension is **GRANTED**. Defendants' written objections and proposed amendments to the presentence report are due in the US Probation Office and the office of opposing counsel on or before September 15, 2006. Defendant's position pleadings are to be filed with the Clerk of US District Court on or before September 22, 2006.

DATED: August 25, 2006
at Minneapolis, Minnesota.

____s/John R. Tunheim____
JOHN R. TUNHEIM
United States District Judge