# CERTIFICATE OF SERVICE

I hereby certify that on 9/26/06, I served, or caused to be served, the following documents:

**Position of the Parties With Respect to Sentencing Factors**
**USA v. Michael Czichray**
**Cr. No. 02-295(03)(JRT/RLE)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Peter B. Wold, Esq.

Dated: 9/26/06

RACHEL K. PAULOSE
United States Attorney

*s/ Deb Kapinos*

BY: DEB KAPINOS
Legal Assistant