**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Criminal No.: 02-CR-295 (JRT/RLE)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2006, I caused the following documents:

1. Position of the Parties With Respect to Sentencing Factors.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

The Honorable John R. Tunheim
John R. Marti and Erica MacDonald, Assistant United States Attorneys

I further certify that I caused two copies of the foregoing document and the notice of electronic filing to be delivered to the Honorable John R. Tunheim.

**PETER B. WOLD, P.A.**

Dated: September 28, 2006.

s/ Peter B. Wold

Peter B. Wold, ID #118382
Attorney for Defendant
247 Third Avenue South
Minneapolis, MN 55415
Phone: 612-341-2525
Fax: 612-341-0116