# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-295(JRT)

HOWARD PINDYCK,
PHILLIP BRUNO, and
MICHAEL CZICHRAY.

Defendant(s).

I hereby certify that on November 30, 2006, I served, or caused to be served, the following documents:

United States Motion For Evidentiary Hearing Prior to Sentencing

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Peter Wold, Esq.
Kevin Short, Esq.
John Brink, Esq.

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

RACHEL K. PAULOSE
United States Attorney

s/Erica H. MacDonald
BY: ERICA H. MACDONALD
Assistant U.S. Attorney