**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) HOWARD PINDYCK,
(2) PHILLIP BRUNO, and
(3) MICHAEL CZICHRAY,

Defendants.

Criminal No. 02-295 (JRT/RLE)

**ORDER**

---

John R. Marti and Erica H. MacDonald, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for plaintiff.

Kevin J. Short, **SHORT LAW FIRM**, 150 South Fifth Street, Suite 3260, Minneapolis, MN 55402, for defendant Howard Pindyck.

John C. Brink, **BRINK LAW OFFICE**, 401 Second Avenue South, Suite 840, Minneapolis, Minnesota 55401, for defendant Phillip Bruno.

Peter B. Wold, **WOLD LAW OFFICE**, 247 Third Avenue South, Minneapolis, Minnesota 55415, for defendant Michael Czichray.

This matter is before the Court on the prosecution's motion for an evidentiary hearing prior to sentencing. On June 14, 2006, each of the above defendants pled guilty to Count 15 of the Superceding Indictment, charging him with aiding and abetting another in making a false statement relating to health care matters, in violation of 18

U.S.C. §§ 2 and 1035. As a part of the plea agreement, the parties reserved the right to litigate the amount of loss attributable to the defendant's involvement in the fraudulent activity. Each of the above defendants has filed an objection to the Presentence Investigation Report's calculation of the loss amount. The Court must resolve the parties' dispute as to the loss amount prior to sentencing. Accordingly, the Court grants the prosecution's motion for an evidentiary hearing.

## ORDER

Based on the foregoing, all of the records, files and proceedings herein, **IT IS HEREBY ORDERED** that the prosecution's motion for an evidentiary hearing [Docket No. 201] is **GRANTED**.

DATED: December 8, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge