UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No.: 02-295(3) (JRT/RLE)

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I caused the following document:

Defendant's Motion for Downward Variance

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

AUSA Erica H. MacDonald

Respectfully submitted,

PETER B. WOLD, P.A.

Dated: January 3, 2007.

s/ Peter B. Wold

Peter B. Wold, ID #118382
Attorney for Defendant
247 Third Avenue South
Minneapolis, MN 55415
Phone: 612-341-2525
Fax: 612-341-0116